Rule 5 Proceedings
20 minutes

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WD/OK Case No. __M-21-17-P__ |
| | ) | |
| vs. | ) | Charging District & Case No. __M-19-1027__ |
| | ) | |
| | ) | __EASTERN DISTRICT OF NEW YORK__ |
| JONATHAN JOHNSON | ) | |

## MAGISTRATE JUDGE=S COURTROOM MINUTE SHEET

The above named defendant-arrestee is charged by __COMPLAINT__ in said district with the offense(s) stated in the charge, or Petition for Revocation of supervised release/probation violation(s), appearing before Magistrate Judge Gary M. Purcell for proceedings under the applicable provisions of Rules 5, 32.1 and/or 40, Fed. R. Crim. P., 18 U.S.C.

Defendant informed of the offense(s) or supervised release/probation violation(s) and all applicable provisions of Rules 5, 20, 32.1, and 40, Fed. R. Crim. P., 18 U.S.C.

Parties informed of FRCrP 5(f) obligation under *Brady* and possible consequences.

The following action, as indicated, was taken:

Appearances: United States: __JULIA BARRY__

_____  Defendant appeared with retained counsel_____

__X__  Defendant requests appointed counsel upon being advised of right to counsel at the expense of the United States, and the following attorney is appointed: __KYLE WACKENHEIM__
                              __Public Defender__

__X__  PT Services: __JONATHAN SHETH__   Interpreter:_____

__X__  Dft states true & correct name as __SAME__   Age __40__
__X__  Gov=t produces the warrant, certified copy of the warrant or facsimile of either, or other appropriate form of either.

_____  Defendant waives production of/Gov=t produces certified copies of the judgment, warrant, and warrant application.

__X__  Defendant advised of right to consular notification.

### WAIVER OF HEARINGS

_____  Waives identity hearing; Written waiver entered.
_____  Waives preliminary examination; Written waiver entered.
_____  Waives identity hearing and is informed he/she has no right to a preliminary examination; Written waiver entered.
__X__  Waives identity hearing but requests a preliminary examination be held in the prosecuting district; Written waiver entered.

## PRELIMINARY HEARING (IF APPLICABLE)

\_\_\_\_\_ Set for _____
\_\_\_\_\_ Waives in this district
\_\_\_\_\_ Waives in charging district

**After hearing the evidence, the Court finds:**

\_\_\_\_\_ That there is / is not probable cause to believe that an offense has been committed and that the Defendant committed it.

\_\_\_\_\_ That the person before the Court is / is not the Defendant named in the Indictment, Information or Warrant.

---

## DETENTION / BOND CONDITIONS

__X__  Govt recommends Dft be detained based on risk of flight and/or danger to the community and requests a __3__-day continuance with the detention hearing.

__X__  Defendant waives Detention Hearing in this District, but reserves right to a Detention Hearing in charging District. The Court finds good cause to exceed the time limits set forth by the Bail Reform Act, if necessary, in order to allow the U.S. Marshal sufficient time to transport Dft to the charging district. A Detention Hearing will be held promptly in the charging District upon Defendant=s arrival there.

__X__  Dft temporarily detained on showing of good cause pending Preliminary/Detention Hrg in charging district. Dft remanded to custody of USM.

\_\_\_\_\_ Court orders Defendant temporarily detained pending Detention Hearing on \_\_\_\_\_. Written Order entered.

\_\_\_\_\_ Court orders Defendant released upon posting bond in the amount of \_\_\_\_ with certain conditions of release:

---

__X__  The United States Marshal for the WD/OK to remove Defendant to the district in which charged and deliver Defendant to the United States Marshal for that district or to some other officer authorized to receive him. Written Order entered.

\_\_\_\_\_ Defendant to report for further proceedings in the District Court in Which the prosecution is pending as follows: _____

Date: January 12, 2021  
RECORDING/TIME: CTRM 302, 3:00

GARY M. PURCELL  
United States Magistrate Judge

By __S/ CARRIE JAMES__  
Courtroom Deputy